## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

SHARON BERDAHL,

        Plaintiff,

v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

Case No. CIV-18-89-RAW-SPS

## **ORDER REMANDING CASE FOR FURTHER PROCEEDINGS**

On September 3, 2019, the United States Magistrate Judge entered a Report and
Recommendation, recommending that the above-styled case be reversed and remanded for
further proceedings [Docket No. 15]. The Magistrate Judge found that the decision of the
Commissioner is not supported by substantial evidence and the correct legal standards were not
applied. The time for objection has passed, and no objection has been filed.

Upon full consideration of the record and the issues herein, this court finds that the
Magistrate Judge's recommendation to reverse the ALJ's decision and remand this action for
further proceedings is well supported. Accordingly, the Report and Recommendation of the
United States Magistrate Judge is hereby affirmed and adopted as this court's Findings and
Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is
hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42
U.S.C. § 405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 24th day of September, 2019.

HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA